ACCEPTED
01-14-00738-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 10:06:16 AM
CHRISTOPHER PRINE
CLERK

## IN THE COURT OF APPEALS FOR THE FIRST
## COURT OF APPEALS DISTRICT
### NO. 01-14-00738-CR
### NO. 01-14-00738-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/18/2015 10:06:16 AM

CHRISTOPHER A. PRINE
Clerk

**WILLIAM COLUMBUS HORHN**
Appellant,

V.

**THE STATE OF TEXAS**
Appellee

On Appeal From the 338th
District Court of Harris County
Trial Cause 1383989 & 1383990

## CERTIFICATION OF NOTIFICATION OF RIGHT
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

ANGELA CAMERON counsel for Appellant in the above cause number, respectfully informs the Court counsel sent a copy of this court's opinion to Appellant and informed Appellant of his right to file a pro se petition for discretionary review. This notification was sent by certified mail and a copy of the return receipt is attached

Respectfully submitted,

Alexander Bunin
Chief Public Defender

Angela Cameron
State Bar No. 00788672
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel: 713-368-0016
Email: angela.cameron@pdo.hctx.net

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

MR. WILLIAM HORHN
TDCJ NO. 01966975
BRADSHAW UNIT
P.O. BOX 9000
HENDERSON, TX 75653-9000

Re: Horhn V. State - Opinion

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                     12-11-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)              ☐ Yes

Article Number
(Transfer from service lat.)      7010 1870 0000 4698 7277

PS Form 3811, July 2013          Domestic Return Receipt